UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00378-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIO BORQUEZ-DOMINGUEZ,
2. MANUEL TORRES-HERMOSILLO, a/k/a "Sinaloa" "Meno" and "Chapito,"
3. ERNESTO MELENDREZ, a/k/a "Cholo,"
4. SILVANO CARLOS SANDOVAL,
5. JESUS GARCIA, a/k/a "Jesse,"
6. FRANCISCO JAVIER TORRES-GUERRERO, a/k/a "Javi" and "Francisco,"
7. FERNANDO CHAVEZ-LARA, a/k/a "Churumba,"
8. JAIME AVILA-PALOMINO,
9. JESUS M. BAUDELIO,
10. GILBERTO GARCIA, and
11. VERONICA TOMAS, a/k/a "Vero,"

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, October 5, 2012** and responses to these motions shall be filed by **Friday, October 19, 2012.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time. Should a hearing become necessary, the parties shall contact chambers. It is

    FURTHER ORDERED that a 10-day jury trial is set for **Monday, November 19,**

**2012 at 9:00 a.m. in courtroom A-1002.**

Dated: September 25, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE